IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3148 |
| | ) | |
| v. | ) | |
| | ) | |
| LEONARD LAUTENSCHLAGER III, | ) | ORDER |
| WILLIAM M. MALONE, | ) | |
| CHAD W. FERGUSON, | ) | |
| JEFF L. MOATS, | ) | |
| ANGEL M. KOSKI, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

Trial that was set for February 23, 2009 **as to all of the above defendants** is continued until further order.

DATED February 3, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge