THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3148-3 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LEONARD LAUTENSCHLAGER, III, | ) | |
| | ) | |
| Defendant. | ) | |

After consultation with counsel, the evidentiary hearing and sentencing set for 12:30 p.m. today shall be continued due to the defendant's inability to attend the hearing because of weather conditions. My judicial assistant shall contact counsel upon her return to the office after the holidays to reschedule the evidentiary hearing and sentencing.

IT IS ORDERED:

1. The evidentiary hearing and sentencing set for 12:30 p.m. today in the above-captioned matter is continued until further order of the court;

2. The judicial assistant to the undersigned United States district judge shall contact the parties at a later date to reschedule this matter.

DATED this 23rd day of December, 2009.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge