IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3148-3 |
| | ) | |
| V. | ) | |
| | ) | |
| LEONARD LAUTENSCHLAGER III, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | | |

    IT IS ORDERED that the defendant's evidentiary hearing and sentencing are rescheduled to Thursday, February 11, 2010, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

    DATED this 4th day of January, 2010.

                                                   BY THE COURT:

                                                   *Richard G. Kopf*
                                                   United States District Judge